**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA**

FILED

AUG 2 3 2022

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | Case No. CR 22-117-RAW |
| v. | |
| CODY RAY MCFADDEN, | |
| *Defendant.* | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### KIDNAPPING IN INDIAN COUNTRY
### [18 U.S.C. §§ 1201(a)(2), 1151, & 1153]

On or about July 17, 2022, within the Eastern District of Oklahoma, in Indian Country, the defendant, **CODY RAY MCFADDEN**, an Indian, did unlawfully kidnap, abduct, seize, confine and hold for some benefit, A.T., in violation of Title 18, United States Code, Sections 1201(a)(2), 1151, and 1153.

### COUNT TWO

### MAIMING IN INDIAN COUNTRY
### [18 U.S.C. §§ 114, 1151, & 1153]

On or about July 17, 2022, within the Eastern District of Oklahoma, in Indian Country, the defendant, **CODY RAY MCFADDEN**, an Indian, with intent to maim and disfigure, did disable a limb of A.T., in violation of Title 18, United States Code, Sections 114, 1151, and 1153.

## COUNT THREE

### ASSAULT WITH A DANGEROUS WEAPON WITH INTENT TO DO BODILY HARM IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(3), 1151, & 1153]

On or about July 17, 2022, within the Eastern District of Oklahoma, in Indian Country, the

defendant, **CODY RAY MCFADDEN,** an Indian, did assault A.T., with a dangerous weapon with

intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151,

and 1153.

## COUNT FOUR

### ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(6), 1151, & 1153]

On or about July 17, 2022, within the Eastern District of Oklahoma, in Indian Country, the

defendant, **CODY RAY MCFADDEN,** an Indian, did assault A.T., resulting in serious bodily

injury, in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153.

A TRUE BILL.

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

JOSHUA SATTER, NY BAR #5477112
Assistant United States Attorney

2