# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. CODY RAY MCFADDEN, *Defendant.* | Case No. 22-CR-117-RAW |

## MOTION TO WITHDRAW COUNSEL

Comes now the Defendant, Cody Ray McFadden, by and through the Federal Public Defender's Office for the Eastern District of Oklahoma, hereby moves this Court for an Order allowing Angela M. Bonilla to withdrawal as counsel of record for the defendant. In support of this motion, the defendant states as follows:

Ms. Bonilla is no longer employed with the Federal Public Defender's Office. The Federal Public Defender's Office will continue to represent Mr. McFadden and substitute counsel will be assigned forthwith by the Federal Public Defender's Office. Mr. McFadden was found incompetent to stand trial on December 28, 2022 and is currently in the custody of the Attorney General receiving treatment to restore his competency. Therefore, Mr. McFadden will not be prejudiced by granting this motion.

Wherefore, the defendant respectfully requests this Honorable Court grant the Motion to Withdraw Counsel and allow Ms. Bonilla to withdraw as counsel of record

1

for Defendant, Cody Ray McFadden.

       Respectfully submitted,


       OFFICE OF THE FEDERAL PUBLIC DEFENDER
       Scott A. Graham, Federal Public Defender

       By: *s/Scott A. Graham*
          Scott A. Graham, OBA No. 19817
          Federal Public Defender
          112 N. 7th Street
          Muskogee, OK 74401
          918-687-2430
          scott_graham@fd.org


## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Joshua Satter
Assistant United States Attorney

       */s/Scott A. Graham*
       Scott A. Graham
       Federal Public Defender