# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>CODY RAY MCFADDEN,<br><br>　　Defendant. | Case No.   22-CR-117-RAW |

## ORDER

　　Before the court is Defendant's Motion to Withdraw Counsel [Docket No. 40] requesting the court grant Angela M. Bonilla permission to withdraw as counsel of record. Counsel represents that she is no longer employed with the Federal Public Defender's Office. Peter C. Astor of the Federal Public Defender's Office has entered an appearance on behalf of Mr. McFadden.

　　The Motion to Withdraw is GRANTED.

　　IT IS SO ORDERED this 23rd day of August, 2023.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA