# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-22-117-RAW |
| Plaintiff, | |
| v. | Date: 2/28/2024 |
| CODY RAY MCFADDEN, | Time: 10:06 am – 10:12 am |
| Defendant. | |

## SEALED MINUTE SHEET – COMPETENCY HEARING

Jason A. Robertson, Judge        J. Church, Deputy Clerk        FTR Courtroom 3

Counsel for Plaintiff:   Richard Lorenz for Josh Satter, AUSA
Counsel for Defendant:   Peter Astor, AFPD

[X] Defendant present with counsel

**MINUTES**: Court reviewed Sealed Medical Evaluation filed on 2/22/2024 (Docket Entry [44]). Defendant does not dispute the findings made in the Sealed Medical Evaluation Report. (Docket Entry [44]). Court finds Defendant mentally competent to understand the proceedings against him and to assist in his defense (JAR). Written Order to follow.

[X] Defendant remanded to custody of U.S. Marshal.

Court Adjourned.