IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

Before the Honorable Ronald A. White
United States Courthouse, Courtroom 2, Room 224
Muskogee, Oklahoma

### ORDER FOR CRIMINAL PRETRIAL CONFERENCE

IT IS ORDERED:

**Prior to the Criminal Pretrial Conference:**

**Pleadings to be FILED by MONDAY, 5/6/2024, at 12:00 NOON:**

- Motion for Continuance OR Notice of Intent to Plead[1]
- Requested Jury Instructions, Verdict Forms and Trial Briefs
- Joint Notice of Submission of Electronic Media, containing the description of the media, to include any separate segregated portions, with any objections thereto. **Media not timely filed and submitted will be disallowed.**
- Notices regarding: **Expert Witnesses; Rule 415; Rule 404(b); Rule 412**, *Daubert Motions, if any, filed by Monday, 5/6/2024 at 12:00 NOON.*

**Parties are to CONFER and SUBMIT to Chambers by MONDAY, 5/6/2024:**

- **All media for in-camera review with filed Notice attached**
- **Agreed Trial Stipulations**
- **List of Agreed Pre-Admitted Exhibits**.

All **discovery** is to be COMPLETED. **All pending Motions** will be heard at the Pretrial Conference. **Attorneys who will conduct the trial are required to attend the conference** unless a substitute attorney is authorized by the Court. Counsel shall consult with their client regarding the possibility of a Magistrate Judge handling jury selection. If applicable, **Counsel are directed to provide the Court with a signed Consent form at the PTC.** *(Consent Form is located on the Court's website)*

**CASE IS EXPECTED TO BE READY FOR TRIAL AT THE PRETRIAL CONFERENCE,** *where a specific date for trial will be discussed.*

---

### TUESDAY, MAY 14, 2024

9:00 AM

CR-22-117-RAW           United States of America v. Cody Ray McFadden

---

[1] **Change of Plea hearing must take place no later than Thursday, May 9, 2024.**

Page 2

9:15 AM

CR-23-108-RAW            United States of America v. Jason Wayne Guy

9:30 AM

CR-23-153-RAW            United States of America v. Brian Keith Bowen, Jr.

9:45 AM

CR-23-184-RAW            United States of America v. Lucien Tyler Littledave

10:00 AM

CR-23-205-RAW            United States of America v. Steven William Burden

10:15 AM

CR-23-209-RAW            United States of America v. Kyle Douglas Daniels

10:30 AM

CR-24-08-RAW             United States of America v. Steven Mark McAnally

10:45 AM

CR-24-17-RAW             United States of America v. Robert Charles Marshall

11:00 AM

CR-24-18-RAW             United States of America v. Jordan Michael Hensley

11:15 AM

CR-24-21-RAW             United States of America v. Jeremy David Crawley

DATED this 24th day of April, 2024.

Ronald A. White
United States District Judge
Eastern District of Oklahoma