IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CR-22-117-RAW |
| | ) | |
| **CODY RAY MCFADDEN,** | ) | |
| Defendant. | ) | |

**NOTICE OF INSANITY DEFENSE**

It is an affirmative defense to a prosecution under any Federal statute that, at the time of the commission of the acts constituting the offense, the defendant, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality or the wrongfulness of his acts. 18 U.S.C.A. § 17.

Pursuant to F.R.C.P. 12.2(a), Defendant Cody Ray McFadden, by his attorney, Peter C. Astor, gives notice to the Government of his intent to assert the defense of insanity as to the charges brought against him in the Indictment.

Respectfully submitted this 26th day of June 2024.

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Scott A. Graham, Interim Federal Public Defender

By: *s/Peter C.Astor*
    Peter C. Astor, OBA No. #17570
    Assistant Federal Public Defender
    112 N. 7th St.
    Muskogee, Oklahoma 74401
    (918) 687-2430
    Counsel for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of June 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrant(s):

    Josh Satter, Assistant United States Attorney

                                        *s/Peter C. Astor*
                                        Peter C. Astor
                                        Assistant Federal Public Defender