IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.  CR-22-117-RAW |
| ) | |
| CODY RAY MCFADDEN, ) | |
|     Defendant. ) | |

### NOTICE OF WITHDRAWAL OF INSANITY DEFENSE

FRCP 12.2(e) contemplates that a notice filed pursuant to 12.2(a) or (b) may be withdrawn. Defendant Cody Ray McFadden, by his attorney, Peter C. Astor, gives notice to the Government and the Court that he is withdrawing his intent to present an insanity defense. (Dkt. 69).

Respectfully submitted this 26th day of June 2024.

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Scott A. Graham, Interim Federal Public Defender

By: *s/Peter C.Astor*
    Peter C. Astor, OBA No. #17570
    Assistant Federal Public Defender
    112 N. 7th St.
    Muskogee, Oklahoma 74401
    (918) 687-2430
    Counsel for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 26th day of July 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrant(s):

    Josh Satter, Assistant United States Attorney

                                         *s/Peter C. Astor*
                                         Peter C. Astor
                                         Assistant Federal Public Defender