**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-22-117-RAW |
| | ) |
| **CODY RAY MCFADDEN,** | ) |
| Defendant. | ) |

**NOTICE OF INTENT TO ENTER PLEA**

The Defendant, Cody Ray McFadden, through his attorney, Peter C. Astor, Assistant Federal Public Defender, hereby advises the Court that he intends to enter a plea of guilty pursuant to a plea agreement between himself and the United States. Mr. McFadden requests his case be set for a change of plea hearing. However, he must first be returned to the Eastern District of Oklahoma.

Respectfully submitted this 6th day of August 2024.

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Scott A. Graham, Interim Federal Public Defender

By: /s/ Peter C. Astor
OBA No. # 17570
Assistant Federal Public Defender
112 North Seventh Street
Muskogee, Oklahoma 74401
(918) 687-2430

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrant(s):

Josh Satter, Assistant United States Attorney

/s/ Peter C. Astor
Assistant Federal Public Defender