**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   Case No.  22-CR-117-RAW |
| | ) |
| **CODY RAY MCFADDEN,** | ) |
| | ) |
| **Defendant** | ) |

<u>**NOTICE OF INTENT TO PLEA**</u>

The Defendant, Cody Ray McFadden, through his attorney, Randy Lynn, Assistant Federal Public Defender, hereby advises the Court he intends to enter a plea of guilty with a plea agreement.

Respectfully submitted this 5th day of December, 2024.

>OFFICE OF THE FEDERAL PUBLIC DEFENDER
>Scott A. Graham, Federal Public Defender
>
>By: s/Randy Lynn
>Fred Randolph Lynn, OBA# 15296
>Assistant Federal Public Defender
>112 N. 7th Street
>Muskogee, OK 74401
>Telephone: 918-687-2430
>Randy_lynn@fd.org
>Counsel for Mr. McFadden

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 5th day of December, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

Joshua Satter, Assistant United States Attorney

>s/Randy Lynn
>Fred Randolph Lynn