# UNITED STATES DISTRICT COURT
для
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: | CR-22-117-RAW |
| Plaintiff, | ) | | |
| v. | ) | Date: | 12/16/2024 |
| | ) | | |
| CODY RAY MCFADDEN | ) | Time: | 10:36 am – 10:57 am |
| Defendant. | ) | | |

## MINUTE SHEET
## CHANGE of PLEA

U.S. Magistrate Judge, Jason A. Robertson    Joe Church, Deputy Clerk    FTR Courtroom: 3 - Room 432

Counsel for Plaintiff:   Josh Satter, AUSA
Counsel for Defendant:  Randy Lynn, AFPD

Defendant appears in person: ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;
Defendant: ☒ Sworn

☒ Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed.
☒ Defendant advised of charges and possible penalties
☒ Guideline estimates discussed
☒ Defendant entered guilty plea to Count(s)   2   of the Indictment
☒ Plea Agreement: ☒ terms orally disclosed    ☒ written plea agreement filed    ☐ no written plea agreement
  ☐ Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
  ☒ Remaining Count(s) to be dismissed at sentencing: Count(s)  1, 3, & 4

Defendant waived: ☐ Indictment;  ☒ Jury Trial;  ☐ Speedy Trial;  ☐ 30 Days Preparation;
☐ Separate Representation;  ☒ Waiver(s) accepted by Court

☒ Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

☒ Defendant related facts of charge;   ☒ Government agreed Defendant's statements meet elements of offense

☒ Court findings:   ☒ Defendant found mentally competent to understand charges and proceedings
                    ☒ Factual basis for Defendant's plea;
                    ☒ Defendant is guilty as charged as to Count(s)   2   of the Indictment

☒ PSI Ordered

☐ Defendant released on _____ bond with pretrial supervision (re: Order Setting Conditions of Release)
☒ Government requested U.S. Magistrate issue Report and Recommendation to District Court with regard to finding of guilt. DENIED (JAR).

☒ Defendant remanded to custody of U.S. Marshal